Appeal No.    2019AP1540

Cir. Ct. No.  2018CV1052

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT II

BRANDON WINZER,

  PLAINTIFF-APPELLANT,

  V.

DR. HARTMANN AND MERCY MEDICAL CENTER,

  DEFENDANTS-RESPONDENTS.

FILED

October 27, 2021

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin  53202-3161

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District III
2100 Stewart Avenue, Suite 310
Wausau, WI  54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Teresa S. Basiliere
Circuit Court Judge
Electronic Notice

Melissa M. Pingel
Clerk of Circuit Court
Winnebago County
Electronic Notice

Mark Budzinski
Electronic Notice

Christina Renee Davis
Electronic Notice

Malinda Jane Eskra
Electronic Notice

Stacy Kay Luell
Electronic Notice

Monica Mark
Electronic Notice

Jeffrey T. Nichols
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 1, adding footnote 1, in the above-captioned opinion which was released on September 29, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.